IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**FREDRICK SYKES**                                                          **PLAINTIFF**

**V.**                                           **NO. 4:16-CV-125-DMB-DAS**

**BRIAN PAYNE, et al.**                                     **DEFENDANTS**

**ORDER**

On June 17, 2016, Frederick Sykes filed a lawsuit against Sheriff Milton Gaston, Sr.; Warden Brian Payne; and Chief Clay Williams, alleging that he was refused appropriate medical care after he was attacked at the Washington County Regional Correctional Facility by three inmates and a correctional officer. Doc. #1 at 1–2, 5. Sykes subsequently failed to appear at a *Spears*[1] hearing scheduled for October 20, 2016, although on September 3, 2016, he acknowledged receipt of the notice setting the hearing. Doc. #14; Doc. #16; Doc. #17. On October 20, 2016, United States Magistrate Judge David A. Sanders issued a Report and Recommendation concluding that Sykes' lawsuit should be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Doc. #18. After receiving the Report and Recommendation, Sykes filed the instant motion on November 7, 2016, seeking to dismiss this action with prejudice. Doc. #19; Doc. #20.

Upon consideration, Sykes' motion to dismiss [20] is **GRANTED**. This action is **DISMISSED with prejudice** and, in light of dismissal, the Report and Recommendation [18] is **REJECTED as moot**. A final judgment consistent with this order will issue.

**SO ORDERED**, this 22nd day of November, 2016.

                                                             /s/ Debra M. Brown
                                                             **UNITED STATES DISTRICT JUDGE**

---

[1] *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985).